Case 1:21-cv-03024-ARR-SJB  Document 8  Filed 09/02/21  Page 1 of 1 PageID #: 35

DocuSign Envelope ID: A92C7030-0F04-4D50-9AD7-04D000JA240C
Case 1:21-cv-03024-ARR-SJB  Document 7  Filed 09/01/21  Page 1 of 1 PageID #: 34

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERGATTA, INC.,<br><br>Defendant. | ECF CASE<br><br>No.: 1:21-cv-3024 |

/s/(ARR)

Allyne R. Ross, U.S.D.J.
9/2/21

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff Fischler hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: August 31, 2021
New York, New York

       LIPSKY LOWE LLP

       _____
       Douglas B. Lipsky
       420 Lexington Avenue, Suite 1830
       New York, New York 10170
       Doug@lipskylowe.com
       212.392.4772
       *Attorneys for Plaintiff*

ACTIVE/111693737.1